1  THIAGO M. COELHO (324715)
   thiago@wilshirelawfirm.com
2  BINYAMIN I. MANOUCHERI (336468)
   binyamin@wilshirelawfirm.com
3  WILSHIRE LAW FIRM
   3055 Wilshire Blvd., 12th Floor
4  Los Angeles, CA 90010
   Telephone: (213) 381-9988
5  Facsimile:  (213) 381-9989

6
   Attorneys for Plaintiff
7  VIVIAN SALAZAR

8  ELIZABETH BULAT TURNER            MICHELLE A. PATRONI (312368)
   *pro hac vice application forthcoming*   mpatroni@martensonlaw.com
9  bturner@martensonlaw.com          DANIELLE J. VUKOVICH (323283)
   MARTENSON, HASBROUCK &            dvukovich@martensonlaw.com
10 SIMON LLP                         MARTENSON, HASBROUCK &
   2573 Apple Valley Road NE         SIMON LLP
11 Atlanta, GA 30319                 5800 Armada Drive, Suite 101
   Telephone:  (404) 909-8108        Carlsbad, CA 92008
12 Facsimile:  (404) 909-8120        Telephone:  (760) 683-8499
                                     Facsimile:   (442) 244-0821
13
14 Attorneys for Defendant           Attorneys for Defendant
   CHIPOTLE MEXICAN GRILL, INC.      CHIPOTLE MEXICAN GRILL, INC.

15              **UNITED STATES DISTRICT COURT**

16    **EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION**

17

18 VIVIAN SALAZAR, an individual        CASE NO.: 2:21−CV−01805−KJM−DB
   and on behalf of all others similarly
19 situated,                            ASSIGNED TO THE HONORABLE
                                        JUDGE KIMBERLY J. MUELLER
20           Plaintiff,
                                        **SECOND JOINT STIPULATION TO
21      v.                              EXTEND TIME FOR DEFENDANT
                                        CHIPOTLE MEXICAN GRILL, INC.
22 CHIPOTLE MEXICAN GRILL, INC.         TO RESPOND TO INITIAL
   a Delaware Corporation; and DOES 1   COMPLAINT BY MORE THAN 28
23 through 10, inclusive,               DAYS AND ORDER**

24           Defendants.               Complaint served:   September 30, 2021
                                       Current Deadline:    November 25, 2021
25                                     New Deadline:        December 16, 2021

26

27

28

SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CHIPOTLE MEXICAN GRILL,
INC. TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 28 DAYS AND ORDER

1    Pursuant to Local Rule 144, Plaintiff Vivian Salazar ("Plaintiff") and

2 Defendant Chipotle Mexican Grill, Inc. ("Defendant") (collectively Plaintiff and

3 Defendant are referred to as the "Parties"), by and through their respective counsel,

4 stipulate to extend the time for Defendant to respond to Plaintiff's complaint.

5 The Parties stipulate as follows:

6    1.    On September 30, 2021, Plaintiff filed her Complaint in this action

7 alleging violations of the Americans with Disabilities Act of 1990 and the Unruh

8 Civil Rights Act;

9    2.    Defendant was served on October 7, 2021;

10    3.    Defendant's responsive pleading was originally due on October 28,

11 2021;

12    4.    On October 28, 2021, the Parties stipulated to extend Defendant's time

13 to respond to November 25, 2021 [Doc. 6];

14    5.    Since then, the Parties have in good faith engaged in settlement

15 discussions;

16    4.    The Parties met and conferred and agreed to extend the deadline for

17 Defendant to respond to the Complaint to December 16, 2021, to allow additional

18 time to explore the potential for early resolution;

19    5.    This request is the second request for an extension of time;

20    6.    This change will not alter the date of any other event or deadline

21 already fixed by this Court; and

22    7.    This request is not for the purposes of delay.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CHIPOTLE MEXICAN GRILL,
INC. TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 28 DAYS AND ORDER

1    IT IS HEREBY STIPULATED by and between the Parties that Defendant

2  has until December 16, 2021, to respond to Plaintiff's complaint.

3  **SO STIPULATED**.

4

5  DATE:  November 24, 2021          WILSHIRE LAW FIRM

6                                            By:    */s/ Binyamin Manoucheri*
                                                     Thiago M. Coelho
7                                                    Binyamin I. Manoucheri
                                                     Attorneys for Plaintiff
8                                                    VIVIAN SALAZAR

9

10  DATE:  November 23, 2021          MARTENSON, HASBROUCK &
                                            SIMON LLP
11

12
                                            By:    */s/ Michelle A. Patroni*
13                                                   Elizabeth Bulat Turner
                                                     Michelle A. Patroni
14                                                   Danielle J. Vukovich
                                                     Attorneys for Defendant
15                                                   CHIPOTLE MEXICAN GRILL, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CHIPOTLE MEXICAN GRILL,
INC. TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 28 DAYS AND ORDER

1

**ORDER**

2       Having reviewed the Parties' stipulation, and good cause appearing, this

3   Court grants the stipulation to extend the time for Defendant to respond to

4   Plaintiff's Complaint to December 16, 2021.

5       **IT IS SO ORDERED**.

6   DATE:  December 2, 2021.

7

8   _____
    CHIEF UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CHIPOTLE MEXICAN GRILL, INC. TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 28 DAYS AND ORDER